

1  ALEX G. TSE (CABN 152348)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  THOMAS R. GREEN (CABN 203480)
   Assistant United States Attorney

5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3695
7  Fax: (510) 637-3724
   E-Mail: Thomas.Green@usdoj.gov
8

9  Attorneys for the United States

FILED
NOV 15 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )   CASE NO. CR 18 561 YGR
                                       )
14          Plaintiff,                 )   SEALING APPLICATION AND SEALING
                                       )   ORDER
15     v.                              )
                                       )
16  MARLON RAFAEL PEREZ-HERRERA,       )   UNDER SEAL
                                       )
17          Defendant,                 )
                                       )
18                                     )
    _____)
19

20      The United States requests that the Indictment, Penalty Sheet and Arrest Warrant in the above-
21  captioned case filed with the Court on November 15, 2018, be filed under seal until further order of the
22  Court, with the exception that the Clerk's office may provide a copy of the Information and Penalty
23  Sheet to the U.S. Attorney's Office and agents of the Bureau of Alcohol, Tobacco, Firearms and
24  Explosives, and if the government determines that these materials are subject to its discovery
25  obligations in connection with criminal proceedings, they may be produced to defense counsel.
26      The sealing application is requested to facilitate the arrest of defendant because the government
27  is continuing its investigation and the disclosure of the defendant's identity or the charges and nature of
28

SEALING APPLICATION AND SEALING ORDER

the investigation could thwart the investigation and/or incentivize the defendant to flee.

It is further requested that nothing in the Court's Order shall prevent the United States Attorney's Office from obtaining copies of any of these documents under seal or sharing the documents with the investigating agency, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or any other law enforcement agency designated by the United States Attorney's Office.

WHEREFORE, the United States respectfully request that the Court issue an Order granting this Application.

DATED: November 15, 2018                   Respectfully submitted,

                                           ALEX G. TSE
                                           United States Attorney


                                           _____
                                           THOMAS R. GREEN
                                           Assistant United States Attorney


## ORDER

On the government's application, and for good cause shown, it is HEREBY ORDERED THAT the Indictment, Penalty Sheet and Arrest Warrant filed with the Court on November 15, 2018, shall be filed under seal until further order of the court with the exception that the Clerk's office may provide a copy of the Information and Penalty Sheet to the U.S. Attorney's Office and agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and if the government determines that these materials are subject to its discovery obligations in connection with criminal proceedings, the government may produce these documents to defense counsel.

IT IS SO ORDERED.

DATED: November __15__, 2018               _____
                                           HONORABLE DONNA M. RYU
                                           U.S. Magistrate Judge

SEALING APPLICATION AND SEALING ORDER